FILED

2021 JAN 28  AM 10:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY DVE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:21-MJ-00051-DUTY |
| Mark Simon DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Criminal Complaint
in the n/a District of Columbia on January 21, 2021
at 6:49 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about January 6, 2021
in violation of Title 18 and 40 U.S.C., Section(s) 1752(a)(1), (2) and 5104(e)(2)(D), (G)
to wit: Restricted Buildings or Grounds and Unlawful Activities on Capitol Grounds, Disorderly Conduct

A warrant for defendant's arrest was issued by: Hon. Zia Faruqui, Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2021
           Date

/s/
Signature of Agent

Jessica Salo
Print Name of Agent

Federal Bureau of Investigation
Agency

Special Agent
Title

---

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT