Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
2021 JAN 28 AM 9:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___DVE___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>Mark SIMON<br>USMS# _____<br>DEFENDANT | CASE NUMBER:<br>8:21-MJ-00051-DUTY<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on January 28, 2021 at 6:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the n/a District of n/a on n/a at n/a ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 USC 1752(a)(1), (2); 40 USC 5104(e)(2)(D), (G)

5. Offense charged is a: ☐ Felony ☒ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: n/a

7. Year of Birth: 1971

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: n/a Phone Number: n/a

9. Name of Pretrial Services Officer notified: Sue Miracle

10. Remarks (if any):

11. Name: Chris Pryor (please print)

12. Office Phone Number: (310) 487-1969      13. Agency: FBI

14. Signature: /s/      15. Date: January 27, 2021

CR-64 (09/20)      REPORT COMMENCING CRIMINAL ACTION